IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSEPH BENJAMIN; BERNEIDE J. BENJAMIN; EUNIDE BENJAMIN; and JERICH07 ARNAUD PROJECTS, INC., : : : : Plaintiffs, : : v. : : AMERICAN AIRLINES, INC., : : Defendant. : | CIVIL ACTION NO.: CV213-150 |

## ORDER AND NOTICE OF PRETRIAL PROCEEDINGS

**IT IS ORDERED** that lead counsel for the parties in the captioned case are instructed to prepare and file with the Clerk of this Court an **original and two copies** of a joint consolidated proposed pretrial order. The pretrial order shall be in the format for District Judge Lisa Godbey Wood. The required form can be located at the Court's website www.gas.uscourts.gov under "forms." The proposed pretrial order shall be filed by the close of business on **March 10, 2015**. Counsel for the plaintiff(s) shall have the responsibility to initiate compliance herewith. A party's failure to comply with the requirements hereof may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

**IT IS FURTHER ORDERED** that this case will be scheduled by the Clerk for a pretrial conference. At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order. Lead counsel for each party shall attend the pretrial conference.

AO 72A
(Rev. 8/82)

All evidentiary objections and motions in limine, and responses thereto, which have not been resolved prior to the pretrial conference shall be submitted in writing at least five (5) days prior to the scheduled pretrial conference. All responses thereto shall be submitted within fourteen (14) days.

Proposed pretrial orders which are not consolidated (<u>proposed jointly</u>) will not be accepted for filing without the written permission of the Court.

**ORDER ENTERED** at Brunswick, Georgia, this 27th day of August, 2014.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)